**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ABDEL HAMID HAMED** **CIVIL ACTION**

**VERSUS**

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.** **NO. 26-00347-BAJ-RLB**

**ORDER**

Before the Court is the Government's **Motion for Partial Relief from Amended Standing Order (Doc. 13)** and its **Motion to Expedite (Doc. 21)** consideration of same.

In the Motion, the Government seeks leave of Court to remove Petitioner Abdel Hamid Hamed to the West Bank through Israel on a Special High-Risk Charter (SHRC) scheduled for September 9, 2026.

Petitioner opposes the Motion for Partial Relief from Amended Standing Order (Doc. 13), arguing that the Government has failed to provide specific information regarding Petitioner's removal and citing concerns regarding the safety and feasibility of removal to the West Bank. Petitioner has not yet responded to the Government's Motion to Expedite (Doc. 21).

In its Motion to Expedite, the Government includes Detention and Deportation Officer James Dobson's Declaration attesting that "Petitioner has been approved for an upcoming SHRC flight to Tel Aviv for departure on September 9, 2026. The Petitioner will then be escorted to the West Bank." (Doc. 21-1 ¶ 5). The Declaration

also makes clear, however, that Petitioner's travel has yet to be approved by Israel. (*Id.* ¶ 7 ("This case contains all the required information for acceptance [. . .] and is indicative of cases that the State of Israel has approved in previously completed charters. Based on these factors, ERO fully expects the subject will be approved for the September 9, 2026 charter.")). The Declaration further indicates that Petitioner's Palestinian Authority Passport is expired and contains no information regarding whether the Palestinian Authority has agreed to accept Petitioner. (*Id.* ¶ 10).

The Court requires more information before issuing a Ruling in this matter. Accordingly,

**IT IS ORDERED** that the Government shall file supplemental briefing on or before Tuesday, September 1, 2026, at 12:00 P.M., containing the following information:

(1) Has the Government requested that the Palestinian Authority accept Petitioner? If so:

a. When was the request made?

b. Has the Palestinian Authority provided a response to the Government's request?

(2) Has Petitioner attempted to renew his Palestinian Authority Passport? If so, what was the result?

(3) Does the Palestinian Authority require Petitioner to have an unexpired Palestinian Authority Passport or some other form of approval to lawfully remain in the West Bank?

**IT IS FURTHER ORDERED** that Petitioner shall file a Response addressing the instant Motions on or before Tuesday, September 1, 2026, at 12:00 P.M. Petitioner's response should include any known information regarding efforts to renew Petitioner's Palestinian Authority Passport, if any.

Baton Rouge, Louisiana, this 28th day of August, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**